# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:  
ERNEST E OWENS JR  
2059 POTOMAC AVE  
MONTGOMERY, AL 36108

Case No. 1933167  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

HOWARD INDUSTRIES  
ATTN PAYROLL  
P O BOX 1588  
LAUREL, MS 39441

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, March 16, 2023.

*/s/ Christopher L. Hawkins*  
Christopher L. Hawkins  
United States Bankruptcy Judge

cc: Ernest E Owens Jr