UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 19-33167-CLH
                                                  Chapter 13

ERNEST E. OWENS, JR.,

    Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

The Chapter 13 Trustee filed a Notice of Dismissal (Doc. 48) under 11 U.S.C. § 1307, asserting a material default by Debtor in payments under the confirmed Chapter 13 plan. Debtor filed an objection to the notice, and a hearing was held on April 20, 2023. At the time of the hearing, Debtor had not cured the default. Based upon the pleadings and representations of counsel and in accordance with the ruling from the bench in open court, it is hereby

ORDERED that the objection is OVERRULED and this bankruptcy case is DISMISSED for cause.

It is FURTHER ORDERED that the Chapter 13 Trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 21st day of April, 2023.

Christopher L. Hawkins
United States Bankruptcy Judge

c:    Debtor
    Michael Brock, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*